SYLVIA RIVERA (State Bar No. 223203)
SRivera@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants JS-6
JEFFREY TINSLEY and
MYLIFE.COM INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J. DONNELLY,<br><br>           Plaintiff,<br><br>   v.<br><br>JEFFREY TINSLEY and MY LIFE.COM INC.,<br><br>           Defendants. | Case No.   2:18-cv-03927-JFW-PLA<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Judge:   Hon. John F. Walter |

1  The Court, having granted defendants MyLife.com, Inc.'s and Jeffrey Tinsley's (collectively, "Defendants") Motion for Judgment on the Pleadings for the reasons set forth in the Court's Order filed on August 8, 2018,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

Plaintiff DJ Donnelly's Complaint is DISMISSED without leave to amend and this action is DISMISSED with prejudice.

Plaintiff shall recover nothing from Defendants; and

Defendants shall recover from Plaintiff their costs of suit.

The Clerk is ordered to enter this judgment.

Dated: August 17, 2018

_____
Hon. John F. Walter
United States District Judge

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Blvd, Los Angeles, California 90017. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 707 Wilshire Boulevard, Los Angeles, California 90017-3543 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

**D.J. Donnelly
PO Box 931
Seneca, South Carolina 29679**

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this 10th day of August, 2018.

MELISSA M. MENDOZA
(typed)                                                               (signature)